JOHN B. GOLPER, SBN 065963
ALEXANDER A. MOLINA, SBN 169198
BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 Universal City Plaza, Sixteenth Floor
Universal City, CA 91608-1097
Telephone:  818-508-3700
Facsimile:   818-506-4827

Attorneys for Defendants
ANHEUSER-BUSCH, INCORPORATED and
MARGARET DRUST

FILED
CLERK, U.S DISTRICT COURT

JUN 2 2 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JACOBS, | CASE NO. CV 04-5587 DT (FMOx) |
| Plaintiff, | |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER THEREON** |
| ANHEUSER-BUSCH, INCORPORATED; MARGARET DRUST, As An Individual; and DOES 1 through 100, Inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///

DOCKETED ON CM

JUN 2 3 2005

BY                    010

23

STIPULATION TO DISMISS WITH PREJUDICE; PROPOSED ORDER THEREON

324808.1

LODGED
2005 JUN 21 PM 2:42
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097

1    IT IS HEREBY STIPULATED by and between the parties hereto through their

2  respective counsel that the above entitled-action is hereby dismissed with prejudice

3  pursuant to Fed. R. Civ. P.  41(a).  The parties are to bear their own costs and

4  attorney's fees.

5

6  DATED: June ___, 2005    LAW OFFICES OF STEPHEN A. EBNER

7

8

9                By:_____
                      STEPHEN A. EBNER
10                 Attorneys for Plaintiff Martin Jacobs

11  DATED:  June 20, 2005    BALLARD, ROSENBERG, GOLPER & SAVITT LLP

12

13                By:_____
14                    JOHN B. GOLPER
                Attorneys for Defendants ANHEUSER-BUSCH,
15         INCORPORATED and MARGARET DRUST

16

17                      ORDER

18

19

20    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the

21  above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P.  41(a).

    The parties are to bear their own costs and attorney's fees.

22

23  Dated: _____
24

25                        DICKRAN TEVRIZIAN

26                 HONORABLE DICKRAN TEVRIZIAN
27                 U. S. DISTRICT COURT JUDGE

28

324808.1    STIPULATION TO DISMISS WITH PREJUDICE; PROPOSED ORDER THEREON

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097

1    IT IS HEREBY STIPULATED by and between the parties hereto through their
2  respective counsel that the above entitled-action is hereby dismissed with prejudice
3  pursuant to Fed. R. Civ. P.  41(a).  The parties are to bear their own costs and
4  attorney's fees.

5

6  DATED: June 20, 2005      LAW OFFICES OF STEPHEN A. EBNER

7

8                            By: _____

9                                STEPHEN A. EBNER
                                 Attorneys for Plaintiff Martin Jacobs
10

11 DATED: June __, 2005      BALLARD, ROSENBERG, GOLPER & SAVITT LLP

12

13                            By: _____
                                 JOHN B. GOLPER
14                               Attorneys for Defendants ANHEUSER-BUSCH,
                                 INCORPORATED and MARGARET DRUST
15

16

17                                 ORDER

18

19

20    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the
   above-entitled action is dismissed with prejudice pursuant to Fed. R. Civ. P.  41(a).
21 The parties are to bear their own costs and attorney's fees.

22

23 Dated: _____

24

25

26                            HONORABLE DICKRAN TEVRIZIAN
                              U. S. DISTRICT COURT JUDGE
27

28

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097

                                    2
324808.1

JUN-20-2005  15:01          8185917781               98%              P.02

## PROOF OF SERVICE

I am a citizen of the United States, and am employed in the County of Los Angeles in the office of a member of the bar of this Court at whose directions this service was made. I am over the age of 18, and not a party to the within action. My business address is Ballard, Rosenberg, Golper & Savitt LLP, 10 Universal City Plaza, Sixteenth Floor, Universal City, California 91608-1097.

On June 21, 2005, I served the foregoing document described as:

**STIPULATION FOR DISMISSAL WITH PREJUDICE;**
**[PROPOSED] ORDER THEREON**

on the interested parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

Stephen A. Ebner, Esq.
Law Offices of Stephen A. Ebner
4766 Park Granada, Suite 206
Calabasas, CA 91302

_____   **VIA FACSIMILE**; and

_____   **(BY FEDEX)** I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express. Under that practice, in the ordinary course of business, it would be deposited with Federal Express on that same day with directions for next day delivery, with the Federal Express fees guaranteed to be paid by Ballard, Rosenberg, Golper & Savitt, LLP.

_____   **(BY MAIL)** and personally placing such envelope with postage fully prepaid with the United States Postal Service  at Universal City, California.

__X__   **(BY MAIL)** and personally placing such envelope with postage fully prepaid for collection and mailing on the above-referenced date following the ordinary business practices of this office. I am readily familiar with our office's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence, including said envelope, will be deposited with the United States Postal Service at Universal City on the above-referenced date.

_____   **(BY PERSONAL SERVICE)** I delivered such envelope(s) by hand to the above-addressee(s).

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America. Executed on June 21, 2005, at Universal City, California.

Yolanda H. Dennison

BALLARD, ROSENBERG, GOLPER & SAVITT LLP
10 UNIVERSAL CITY PLAZA, SIXTEENTH FLOOR
UNIVERSAL CITY, CA 91608-1097